**Electronically Filed
Supreme Court
SCWC-29971
26-MAY-2011
08:23 AM**

NO. SCWC-29971

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

BRIAN L. STANTON, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29971; CR. NO. 08-1-1801)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1],
with Acoba, J., dissenting separately)

Petitioner/Defendant-Appellant Brian L. Stanton's

application for writ of certiorari filed on April 14, 2011, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 26, 2011.

Taryn R. Tomasa, Deputy
Public Defender, for
petitioner/defendant-
appellant on the
application.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice

DISSENT BY ACOBA, J.

I would grant the Application for Writ of Certiorari

inasmuch as the several errors, including the allowance of

rebuttal testimony, warrant a second review.

/s/ Simeon R. Acoba, Jr.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna,
JJ.